**From:** Reagan Allen <RAllen@merlinlawgroup.com>
**Sent:** Friday, August 14, 2026 12:27 PM
**To:** Clinton Wolbert; William "Trey" Flournoy; Glenda Luna; Nick Pohl
**Cc:** Darci Tolbert; Dalli H. Seyb
**Subject:** Re: Pre-Suit Demand Letter | Prima Wholesale Inc. | Claim No. 00630745
**Attachments:** 26.08.04 Plaintiff's Original Petition.pdf; 26.08.04 Pl's Exhibits A - D.pdf; DC-26-14344-NATIONAL FIRE AND MARINE INSURANCE COMPANY.pdf

Good afternoon,

Please see the attached filed petition and exhibits filed on August 4th. Please also see the copy of the citation issued by the court. Please confirm receipt. Additionally, we are preparing a memorandum of acceptance of service for the court's record- Could you please provide your bar number and firm information for the signature line? I will send over the memorandum for your execution once drafted.

Best regards,

Reagan Allen

---

**From:** Clinton Wolbert <Clinton.Wolbert@phelps.com>
**Sent:** Wednesday, August 12, 2026 7:26 AM
**To:** William "Trey" Flournoy <WFlournoy@merlinlawgroup.com>; Glenda Luna <Glenda.Luna@phelps.com>; Nick Pohl <Nick.Pohl@phelps.com>
**Cc:** Darci Tolbert <DTolbert@merlinlawgroup.com>; Dalli H. Seyb <DSeyb@merlinlawgroup.com>; Reagan Allen <RAllen@merlinlawgroup.com>
**Subject:** RE: Pre-Suit Demand Letter | Prima Wholesale Inc. | Claim No. 00630745

Trey, I am authorized to accept service. Please provide the complaint when ready. Thanks

---

**From:** William "Trey" Flournoy <WFlournoy@merlinlawgroup.com>
**Sent:** Monday, August 3, 2026 1:48 PM
**To:** Clinton Wolbert <Clinton.Wolbert@phelps.com>; Glenda Luna <Glenda.Luna@phelps.com>; Nick Pohl <Nick.Pohl@phelps.com>
**Cc:** Darci Tolbert <DTolbert@merlinlawgroup.com>; Dalli H. Seyb <DSeyb@merlinlawgroup.com>; Reagan Allen <RAllen@merlinlawgroup.com>
**Subject:** RE: Pre-Suit Demand Letter | Prima Wholesale Inc. | Claim No. 00630745

Clinton,

Hope all is well. We are filing suit this week in advance of the suit limitations period. Are you able to accept service on your client's behalf?

MERLIN® LAW GROUP | **William "Trey" Flournoy**
Attorney



**EXHIBIT 1**

6275 W Plano Parkway
Suite #500
Plano, TX 75093

Tel: (214) 459-9734
Direct:(214) 452-5255
Fax: (214) 256-3654

merlinlawgroup.com

PROPERTY INSURANCE COVERAGE LAW BLOG | Subscribe for industry insights.

Atlanta | Chicago | Cincinnati | Dallas | Denver | Houston | Jacksonville | Los Angeles | New Orleans
New York | Oklahoma City | Red Bank | San Francisco | Seattle | Tampa | West Palm Beach

Privilege and Confidentiality Notice: The information contained in this e-mail and any attachments may be legally privileged and confidential. If you are not the intended recipient or the employee or agent responsible for delivering the transmittal to the intended recipient, you are hereby notified that any dissemination, distribution, or copying of this e-mail is strictly prohibited. If you have received this e-mail in error, please notify the sender and permanently delete the e-mail and any attachment immediately. You should not retain, copy or use this e-mail or any attachment for any purpose, nor disclose all or any part of the content to any person. Thank you.

---

**From:** Clinton Wolbert <Clinton.Wolbert@phelps.com>
**Sent:** Tuesday, April 14, 2026 5:26 PM
**To:** William "Trey" Flournoy <WFlournoy@merlinlawgroup.com>; Glenda Luna <Glenda.Luna@phelps.com>; Nick Pohl <Nick.Pohl@phelps.com>
**Cc:** Darci Tolbert <DTolbert@merlinlawgroup.com>; Dalli H. Seyb <DSeyb@merlinlawgroup.com>; Reagan Allen <RAllen@merlinlawgroup.com>
**Subject:** Re: Pre-Suit Demand Letter | Prima Wholesale Inc. | Claim No. 00630745

It should be to us going forward. Thanks for checking.

---

**From:** William "Trey" Flournoy <WFlournoy@merlinlawgroup.com>
**Sent:** Tuesday, April 14, 2026 4:23 PM
**To:** Clinton Wolbert <Clinton.Wolbert@phelps.com>; Glenda Luna <Glenda.Luna@phelps.com>; Nick Pohl <Nick.Pohl@phelps.com>
**Cc:** Darci Tolbert <DTolbert@merlinlawgroup.com>; Dalli H. Seyb <DSeyb@merlinlawgroup.com>; Reagan Allen <RAllen@merlinlawgroup.com>
**Subject:** RE: Pre-Suit Demand Letter | Prima Wholesale Inc. | Claim No. 00630745

Mr. Wolbert,

Good afternoon, we received the attached letter from your client. I am confused whether I should be directing my communication towards you or to the adjuster Christopher Elliot.

Can you help clarify who I should be directing our communications to moving forward? Thank you.

MERLIN LAW GROUP

**William "Trey" Flournoy**
Attorney
6275 W Plano Parkway
Suite #500
Plano, TX 75093

Tel: (214) 459-9734
Direct:(214) 452-5255
Fax: (214) 256-3654

merlinlawgroup.com

PROPERTY INSURANCE COVERAGE LAW BLOG | Subscribe for industry insights.

Atlanta | Chicago | Cincinnati | Dallas | Denver | Houston | Jacksonville | Los Angeles | New Orleans
New York | Oklahoma City | Red Bank | San Francisco | Seattle | Tampa | West Palm Beach

Privilege and Confidentiality Notice: The information contained in this e-mail and any attachments may be legally privileged and confidential. If you are not the intended recipient or the employee or agent responsible for delivering the transmittal to the intended recipient, you are hereby notified that any dissemination, distribution, or copying of this e-mail is strictly prohibited. If you have received this e-mail in error, please notify the sender and permanently delete the e-mail and any attachment immediately. You should not retain, copy or use this e-mail or any attachment for any purpose, nor disclose all or any part of the content to any person. Thank you.

---

**From:** Reagan Allen <RAllen@merlinlawgroup.com>
**Sent:** Friday, March 27, 2026 10:17 AM
**To:** Clinton Wolbert <clinton.wolbert@phelps.com>; Glenda Luna <glenda.luna@phelps.com>; Nick Pohl <nick.pohl@phelps.com>
**Cc:** William "Trey" Flournoy <WFlournoy@merlinlawgroup.com>; Darci Tolbert <DTolbert@merlinlawgroup.com>; Dalli H. Seyb <DSeyb@merlinlawgroup.com>
**Subject:** Pre-Suit Demand Letter | Prima Wholesale Inc. | Claim No. 00630745

Good morning, Mr. Wolbert,

Please see the attached correspondence and enclosure from Attorney Flournoy regarding the above referenced matter.

Best regards,

Reagan Allen

**Reagan Allen**
Legal Assistant
4887 Belfort Rd
Suite 200
Jacksonville, FL 32256
TEL: (813) 229-1000
merlinlawgroup.com

MERLIN LAW GROUP

PROPERTY INSURANCE COVERAGE LAW BLOG | Subscribe for industry insights.

Atlanta | Chicago | Cincinnati | Dallas | Denver | Houston | Jacksonville | Los Angeles | New Orleans
New York | Oklahoma City | Red Bank | San Francisco | Seattle | Tampa | West Palm Beach

Privilege and Confidentiality Notice: The information contained in this e-mail and any attachments may be legally privileged and confidential. If you are not the intended recipient or the employee or agent responsible for delivering the transmittal to the intended recipient, you are hereby notified that any dissemination, distribution, or copying of this e-mail is strictly prohibited. If you have received this e-mail in error, please notify the sender and permanently delete the e-mail and any attachment immediately. You should not retain, copy or use this e-mail or any attachment for any purpose, nor disclose all or any part of the content to any person. Thank you.